Civil Action No. 18-CV-53-LRR

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Liberty Life Assurance Company of Boston ATTN: David H. Long, CEO was received by me on *(date)* Jul 27, 2018, 5:18 pm.

- [ ] I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or
- [X] I served the summons on *(name of individual)* Jacob May , who is designated by law to accept service of process on behalf of *(name of organization)* Liberty Life Assurance Company of Boston on *(date)* Mon, Jul 30 2018 ; or
- [ ] I returned the summons unexecuted because: ______________ ; or
- [ ] Other: ______________ ; or

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: 7/30/2018

______________________________
*Server's signature*

James Burke
*Printed name and title*

1133 13th St NW Unit C4, Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 30, 2018, 12:05 pm EDT at 175 Berkeley St, Boston, MA 02116 received by Jacob May. Age: 30-35; Ethnicity: Caucasian; Gender: Male; Weight: 160; Height: 5'8"; Hair: Black; Other: Administrator, Legal Department;