**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| MICHAEL JERGENS,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | No. 18-CV-0053-LRR<br><br>**ORDER** |

---

This matter is before the court on Plaintiff Michael Jergens' motion for extension of time to file scheduling report (Doc. 4). For the reasons stated in the motion, the court finds good cause to extend the deadline for submitting a proposed scheduling order as required by Local Rule 16(h).

IT IS ORDERED the deadline for submission of a proposed scheduling order is extended to and including August 31, 2018.

**IT IS SO ORDERED** this 14th day of August, 2018.

Kelly K.E. Mahoney
United States Magistrate Judge
Northern District of Iowa