IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| MICHAEL JERGENS, | ) | |
| | ) | CASE NO: 18-cv-53-LRR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | APPEARANCE |
| | ) | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, Attorney Brenda K. Wallrichs, and hereby enters her appearance on behalf of Defendant, Liberty Life Assurance Company of Boston.

**LEDERER WESTON CRAIG PLC**

By /s/ *Brenda K. Wallrichs*

Brenda K. Wallrichs AT0008203
118 Third Avenue SE, Suite 700
P. O. Box 1927
Cedar Rapids, IA 52406-1927
Phone: (319) 365-1184
Fax: (319) 365-1186
E-mail: bwallrichs@lwclawyers.com

LOCAL COUNSEL FOR DEFENDANT
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury that on the date indicated below, a true copy of the foregoing instrument was served upon all parties in interest to the above-entitled cause by filing the same with the Court's electronic filing system.

**Counsel for Plaintiff:**
Kay Johansen
Email: kay.johansen@kjohansenlaw.com

I certify under penalty of perjury that the foregoing is true and correct. Executed August 16, 2018 in Cedar Rapids, Iowa.

/s/*Brenda K.Wallrichs*