**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| MICHAEL JERGENS,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | No. 18-CV-0053-LRR<br><br>**ORDER** |

---

This matter is before the court on the motion for admission *pro hac vice* (Doc. 6), filed by attorney Iwana Rademaekers on August 16, 2018. Upon a review of the motion and the certificate of good standing, the court finds the motion should be **granted**.

**IT IS ORDERED** that the motion for admission *pro hac vice* (Doc. 6) is **granted**. Attorney Iwana Rademaekers is authorized to appear as counsel on behalf of Defendant Liberty Life Assurance Company of Boston.

**IT IS SO ORDERED** this 20th day of August, 2018.

Kelly K.E. Mahoney
United States Magistrate Judge
Northern District of Iowa