IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISIONI

MICHAEL JERGENS         )       Case No. 18-CV-53-LRR

         Plaintiff,         )

vs.         )

LIBERTY LIFE ASSURANCE    )      SCHEDULING ORDER FOR
COMPANY OF BOSTON,      )      A CLAIM-REVIEW CASE
                          )      FILED UNDER ERISA

         Defendant.     )

Counsel have conferred and submit the following proposed dates for case management:

1. Deadline for the filing of the administrative record:

   _____November 1, 2018_____

2. Deadline for the filing of the plaintiff's opening brief:

   _____January 11, 2019_____

3. Deadline for the filing of the defendant's brief:

   _____February 11, 2019_____

4. Deadline for the filing of the plaintiff's reply brief:

   _____March 11, 2019_____

1

/s/ Kay Johansen\
Attorney for Plaintiff\
The Law Office of Kay Johansen\
504 First Avenue S.E.\
Mount Vernon, IA 52314\
Telephone: (319)895-6540\
Facsimile: (319) 895-6560\
E-mail: kay.johansen@kjohansenlaw.com

/s/Iwana Rademaekers\
Attorney for Defendant\
Law Offices of Iwana Rademaekers, P.C.\
14785 Preston Road, Suite 550\
Dallas, Texas 75254\
Telephone: (214)579-9319\
Facsimile: (469) 444-6456\
E-mail: iwana@rademaekerslaw.com

IT IS ORDERED that the proposed dates are approved and adopted by the court [as modified].

DATED this _30th_ day of _August_____.

_____\
MAGISTRATE JUDGE\
UNITED STATES DISTRICT COURT