# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

MICHAEL JERGENS,

      Plaintiff(s),

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

      Defendant.

No. 1:18-cv-00053-LRR

**JOINT SUBMISSION OF STIPULATED RECORD**

_____

Plaintiff Michael Jergens and Defendant Liberty Life Assurance Company of Boston file this Joint Submission of Stipulated Record.

1) Group Disability Income Policy (Liberty/Jergens 001-062);

2) Appeal Decision Letter Dated May 3, 2017, contained in the Administrative Record (Liberty/Jergens 088-096); and

3) Administrative Record (Liberty/Jergens 063-087 and 097-517.

SUBMITTED this 1st day of November 2018.

THE LAW FIRM OF KAY JOHANSEN

By: /s/ Kay Johansen
    Kay Johansen
    504 First Avenue S.E.
    Mount Vernon, Iowa 52314
    PH: (319) 895-6540
    FX: (319) 895-6560
    Email: kay.johansen@kjohansenlaw.com

ATTORNEYS FOR PLAINTIFF

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
    Iwana Rademaekers, Esq.
    (Admitted *Pro Hac Vice*)
    State Bar of Texas No. 16452560
    14785 Preston Road, Suite 550
    Dallas, Texas 75254
    Main: (214) 579-9319
    Fax: (469) 444-6456
    Email: iwana@rademaekerslaw.com

- AND -

LEDERER WESTON CRAIG PLC

By:    /s/ Brenda K. Wallrichs
        Brenda K. Wallrichs  AT0008203
        118 Third Avenue SE, Suite 700
        P. O. Box 1927
        Cedar Rapids, IA  52406-1927
        PH:  (319) 365-1184
        FX:  (319) 365-1186
        E-mail:  bwallrichs@lwclawyers.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November 2018, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, Cedar Rapids Division, using the ECF system which will send notification of such filing to the following counsel of record:

Kay Johansen
Email:  kay.johansen@kjohansenlaw.com

/s/ Iwana Rademaekers
Iwana Rademaekers

**2**