IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISIONI

| | | |
|---|---|---|
| MICHAEL JERGENS | ) | Case No. 18-CV-53-LRR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) | **JOINT MOTION FOR LEAVE TO FILE UNDER SEAL** |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Michael Jergens and Defendant Liberty Life Assurance Company of Boston, file this Joint Motion For Leave to File Under Seal as follows:

The Parties request that they be allowed to file the *Submission of Administrative Record* and the exhibits under seal as it contains personal and confidential medical information.

WHEREFORE, the Parties respectfully request that this Court grant their Motion and enter an order allowing the Parties to file the *Submission of Administrative Record*, along with the exhibits under seal, and withholding the documents from public inspection.

SUBMITTED this 2nd day of November 2018.

THE LAW OFFICE OF KAY JOHANSEN

BY: /s/ Kay Johansen___________________
Kay Johansen LI1008287
504 First Avenue S.E.
Mount Vernon, IA 52314
Phone: (319)895-6540
Fax: (319) 895-6560
Email: kay.johansen@kjohansenlaw.com

ATTORNEYS FOR PLAINTIFF

AND

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers_________________
Iwana Rademaekers, Esq.
(Admitted *Pro Hac Vice)*
State Bar of Texas No. 164452560
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax : (469)444-6456
Email : iwana@rademaekerslaw.com

And

LEDERER WESTON CRAIG PLC

By : /s/ Brenda K. Wallrichs_________________
Brenda K. Wallrichs AT0008203
118 Third Avenue SE, Suite 700
Cedar Rapids, IA 52406-1927
Phone: (319) 365-1184
Fax: (319) 365-1186
Email: bwallrichs@lwclawyers.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of November 2018, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, Eastern Division, using the ECF system which will send notification of such filing to the following counsel of record:

Iwana Rademaekers
Email: iwana@rademaekerslaw.com

/s/ Kay Johansen____________________
Kay Johansen