**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| MICHAEL JERGENS, Plaintiff, | No. 18-CV-53-LRR |
| vs. | **ORDER** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, Defendant. | |

The matter before the court is Plaintiff Michael Jergens's and Defendant Liberty Life Assurance Company of Boston's "Joint Motion for Leave to File Under Seal" ("Motion") (docket no. 13), which they filed on November 2, 2018. In the Motion, the parties request that "they be allowed to file the ["Joint Submission of Stipulated Record (docket no. 12)] and the [accompanying] exhibits under seal as it contains personal and confidential medical information." Motion at 1. For the reasons stated in the Motion, the Motion is **GRANTED**. The parties may file the stipulated record, including accompanying exhibits under seal. The court reserves the right to unseal the documents at any time.

**IT IS SO ORDERED.**

**DATED** this 5th day of November, 2018.

LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA