# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

MICHAEL JERGENS,

Plaintiff,

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.

No. 18-CV-0053-LRR

**ORDER**

---

This matter is before the court on the Joint Motion for Leave to Amend Scheduling Order (Doc. 15). The parties request a two-week extension of the pending deadlines to allow additional time for ongoing settlement discussions. The court finds the request is reasonable and that good cause exists to amend the scheduling order.

**IT IS ORDERED** the Joint Motion for Leave to Amend Scheduling Order (Doc. 15) is **granted**. The previous briefing deadlines are extended as follows:

| | |
|---|---|
| Plaintiff's opening brief | **January 25, 2019** |
| Defendant's Brief | **February 25, 2019** |
| Plaintiff's reply brief | **March 25, 2019** |

**IT IS SO ORDERED** this 11th day of January, 2019.

Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa