IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISIONI

| | | |
|---|---|---|
| MICHAEL JERGENS<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 18-CV-53-LRR<br><br>**JOINT MOTION FOR LEAVE TO TO AMEND A SCHEDULING ORDER** |

Plaintiff Michael Jergens and Defendant Liberty Life Assurance Company of Boston, file this Joint Motion For Leave to Amend the Scheduling Order pursuant to FRCivP 7(b)(1) and LR 7(b) and state:

1. On August 30, 2018, the Court ordered the proposed briefing schedule in this matter: (a) deadline for the filing of plaintiff's opening brief: January 11, 2019; (b) deadline for the filing of defendant's brief: February 11, 2019; and (c) deadline for the filing of plaintiff's reply brief: March 11, 2019.

2. On January 10, 2019, the parties moved the Court for an extension of these deadlines to undertake settlement negotiations. On January 11, 2019, the Court granted the extension as follows: (a) deadline for the filing of plaintiff's opening brief: January 25, 2019; (b) deadline for the filing of defendant's brief: February 25, 2019; and (c) deadline for the filing of plaintiff's reply brief: March 25, 2019.

3. The parties continue to discuss settlement at this time. Accordingly, the parties request that they be provided an additional fourteen days in which to pursue these discussions. If the parties are unable to reach settlement, the parties submit a revised briefing schedule.

4. The parties propose the following revised briefing schedule to accommodate their effort to resolve this matter by settlement: (a) deadline for the filing of plaintiff's opening brief: February 1, 2019; (b) deadline for the filing of defendant's brief: March 1, 2019; and (c) deadline for the filing of the plaintiff's reply brief: March 29, 2019.

4. Both parties conferred on this matter and are in agreement with the content of this motion.

5. No brief is required to accompany this motion pursuant to LR7(d)(1).

WHEREFORE, the Parties respectfully request that this Court grant their Motion and enter an order allowing the Parties to amend the Scheduling Order as set forth above to accommodate their efforts to pursue settlement discussions.

SUBMITTED this 24th day of January 2019.

THE LAW OFFICE OF KAY JOHANSEN

BY: /s/ Kay Johansen___________________

Kay Johansen LI1008287
504 First Avenue S.E.
Mount Vernon, IA 52314
Phone: (319)895-6540
Fax: (319) 895-6560
Email: kay.johansen@kjohansenlaw.com
ATTORNEYS FOR PLAINTIFF

AND

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers_________________
Iwana Rademaekers, Esq.
(Admitted *Pro Hac Vice)*
State Bar of Texas No. 164452560
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax : (469)444-6456
Email: iwana@rademaekerslaw.com
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, Eastern Division, using the ECF system which will send notification of such filing to the following counsel of record:

Iwana Rademaekers
Email: iwana@rademaekerslaw.com

/s/ Kay Johansen_____________________
Kay Johansen