**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| MICHAEL JERGENS,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | No. 18-CV-0053-LRR<br><br>**ORDER** |

---

This matter is before the court on the parties' second Joint Motion for Leave to Amend Scheduling Order (Doc. 17). The parties request another two-week extension of the pending deadlines to allow additional time for ongoing settlement discussions. The court finds the request is reasonable and that good cause exists to amend the scheduling order.

**The parties are cautioned that the court is unlikely to grant any further extensions absent a showing of extraordinary circumstances.**

**IT IS ORDERED** the Joint Motion for Leave to Amend Scheduling Order (Doc. 17) is **granted**. The previous briefing deadlines are extended as follows:

| | |
|---|---|
| Plaintiff's opening brief | **February 1, 2019** |
| Defendant's Brief | **March 1, 2019** |
| Plaintiff's reply brief | **March 29, 2019** |

**IT IS SO ORDERED** this 25th day of January, 2019.

Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa