**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| MICHAEL JERGENS,<br><br>Plaintiff(s),<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | No. 1:18-cv-00053-LRR<br><br>**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES** |

1. On January 25, 2019, the Court entered an Order Extending Deadlines (Document 18) containing the following deadlines:

- Deadline for filing of the Plaintiff's opening brief: February 1, 2019
- Deadline for filing of the Defendant's brief: March 1, 2019
- Deadline for filing of the Plaintiff's reply brief: March 29, 2019

3. The Parties are continuing to discuss a resolution of the case and want to save both the Court's resources and the Parties' time and expense of filing briefs if the case will be resolved through settlement. Certain documentation regarding offsets to be applied to the benefits had to be requested from sources that are not parties to this litigation. That documentation was received late on February 6, 2019, and the parties are in active negotiations about a resolution of this action. Moreover, the weather at both Plaintiff's counsel's and Plaintiff's location has delayed communications between counsel and her client. Accordingly, the Parties respectfully request a final extension on the remaining deadlines set in the Court's January 25, 2019, Order so the Parties can fully explore settlement options without incurring the time and expense required for the Parties' counsel to prepare dispositive motions.

3. This Joint Motion to Extend Deadlines is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Plaintiff and Defendant request the Court enter an Order extending the deadlines set in this case as follows:

- Deadline for filing of the Plaintiff's opening brief: February 19, 2019
- Deadline for filing of the Defendant's brief: March 19, 2019
- Deadline for filing of the Plaintiff's reply brief: April 16, 2019

THE LAW FIRM OF KAY JOHANSEN

By: /s/ Kay Johansen

Kay Johansen
504 First Avenue S.E.
Mount Vernon, Iowa 52314
PH: (319) 895-6540
FX: (319) 895-6560
Email: kay.johansen@kjohansenlaw.com

ATTORNEYS FOR PLAINTIFF

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Esq.
(Admitted *Pro Hac Vice*)
State Bar of Texas No. 16452560
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- AND -

LEDERER WESTON CRAIG PLC

By: /s/ Brenda K. Wallrichs

Brenda K. Wallrichs AT0008203
118 Third Avenue SE, Suite 700
P. O. Box 1927
Cedar Rapids, IA 52406-1927
PH: (319) 365-1184
FX: (319) 365-1186
E-mail: bwallrichs@lwclawyers.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of February 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, Cedar Rapids Division, using the ECF system which will send notification of such filing to the following counsel of record:

Kay Johansen
Email: kay.johansen@kjohansenlaw.com

/s/ Iwana Rademaekers
Iwana Rademaekers