**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| MICHAEL JERGENS,<br>Plaintiff,<br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br>Defendant. | No. 18-CV-0053-LRR<br>**ORDER** |

---

This matter is before the court on the parties' Joint Motion for Leave to Amend Scheduling Order (Doc. 19). The parties request another two-week extension of the pending deadlines to allow additional time for ongoing settlement discussions. The additional time is needed due to the parties having to obtain necessary documentation from non-party sources. The court agrees with the parties that allowing additional time to complete ongoing negotiations will save resources, time, and expense. The court finds the request is reasonable and that good cause exists to amend the scheduling order.

**IT IS ORDERED** the Joint Motion for Leave to Amend Scheduling Order (Doc. 19) is **granted**. The previous briefing deadlines are extended as follows:

| | |
|---|---|
| Plaintiff's opening brief | **February 19, 2019** |
| Defendant's Brief | **March 19, 2019** |
| Plaintiff's reply brief | **April 16, 2019** |

**IT IS SO ORDERED** this 8th day of February, 2019.

Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa