**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

MICHAEL JERGENS,

        Plaintiff(s),

vs.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

        Defendant.

No.  1:18-cv-00053-LRR

**JOINT NOTICE OF
SETTLEMENT**

_____

Plaintiff Michael Jergens and Defendant Liberty Life Assurance Company of Boston

hereby give notice that this case has settled.  The parties will, as soon as possible, file a Stipulation

of Dismissal with the Court to dismiss this case with prejudice.

THE LAW FIRM OF KAY JOHANSEN

By:  /s/ Kay Johansen
    Kay Johansen
    504 First Avenue S.E.
    Mount Vernon, Iowa 52314
    PH:  (319) 895-6540
    FX:  (319) 895-6560
    Email:  kay.johansen@kjohansenlaw.com

ATTORNEYS FOR PLAINTIFF

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.

By:    /s/ Iwana Rademaekers
    Iwana Rademaekers, Esq.
    (Admitted *Pro Hac Vice*)
    State Bar of Texas No. 16452560
    14785 Preston Road, Suite 550
    Dallas, Texas 75254
    Main:  (214) 579-9319
    Fax:  (469) 444-6456
    Email:  iwana@rademaekerslaw.com

    - AND -

LEDERER WESTON CRAIG PLC

By:     /s/ Brenda K. Wallrichs
            Brenda K. Wallrichs  AT0008203
            118 Third Avenue SE, Suite 700
            P. O. Box 1927
            Cedar Rapids, IA  52406-1927
            PH:  (319) 365-1184
            FX:   (319) 365-1186
            E-mail:  bwallrichs@lwclawyers.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, Cedar Rapids Division, using the ECF system which will send notification of such filing to the following counsel of record:

Kay Johansen
Email:  kay.johansen@kjohansenlaw.com

                                  /s/ Iwana Rademaekers
                                  Iwana Rademaekers

**2**