# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

MICHAEL JERGENS,

        Plaintiff,

v.

LIBERY LIFE ASSURANCE
COMPANY OF BOSTON,

        Defendant.

No.  18-CV-0053-LRR-KEM

**ORDER**

_____

The court, having been advised on February 18, 2019 (Doc. 21), that the above-captioned case has settled, and the parties anticipate no further action other than the filing of a stipulated dismissal,

**IT IS ORDERED**

1.    The Clerk of Court is directed to close this case for statistical purposes and remove it from the trial calendar and cancel all scheduled deadlines and hearings.

2.    Closing documents to dismiss the case, pursuant to Federal Rule of Civil Procedure 41, must be filed within **thirty (30) days** from the date of this order.  If the case has not been dismissed within **thirty (30) days** and/or counsel have not filed a written status report, this case will be dismissed pursuant to Local Rule 41(c).

**IT IS SO ORDERED** this 19th day of February, 2019.

_____
Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa