**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| MICHAEL JERGENS,<br><br>Plaintiff(s),<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | No. 1:18-cv-00053-LRR<br><br>**JOINT NOTICE OF SETTLEMENT** |

**<u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

Michael Jergens and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 20th day of March 2019.

Respectfully submitted,


THE LAW FIRM OF KAY JOHANSEN

By: /s/ Kay Johansen
Kay Johansen
504 First Avenue S.E.
Mount Vernon, Iowa 52314
PH: (319) 895-6540
FX: (319) 895-6560
Email:
kay.johansen@kjohansenlaw.com

ATTORNEYS FOR PLAINTIFF

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
(Admitted *Pro Hac Vice*)
State Bar of Texas No. 16452560
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- AND -

LEDERER WESTON CRAIG PLC

By: /s/ Brenda K. Wallrichs
Brenda K. Wallrichs AT0008203
118 Third Avenue SE, Suite 700
P. O. Box 1927
Cedar Rapids, IA 52406-1927
PH: (319) 365-1184
FX: (319) 365-1186
E-mail: bwallrichs@lwclawyers.com

ATTORNEYS FOR DEFENDANT