# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

MICHAEL JERGENS,

      Plaintiff,

vs.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

      Defendant.

No. 18-CV-53-LRR

**ORDER**

The matter before the court is Plaintiff Michael Jergens and Defendant Liberty Life Assurance Company of Boston's "Joint Stipulation for Dismissal with Prejudice" ("Stipulation") (docket no. 23), which the parties filed on March 20, 2019. In the Stipulation, the parties state that they "no longer desire to litigate this action." Stipulation at 1. Further the parties stipulate that this action should be "dismissed with prejudice with all costs taxed against the party that incurred them." *Id*. The parties request that the court "take notice of the stipulation of dismissal and enter any necessary orders to close this case." *Id*. Pursuant to the Stipulation, Michael Jergens and Liberty Life Assurance Company of Boston are hereby **DISMISSED WITH PREJUDICE** from the instant action. The Clerk of Court is **DIRECTED** to **CLOSE THIS CASE**.

    **IT IS SO ORDERED.**

    **DATED** this 21st day of March, 2019.

LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA